Debtor 1   Benjamin S Baylen                                        Case number _____

**Part 6:   Answer These Questions for Reporting Purposes**

16. **What kind of debts do you have?**

16a. Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C § 101(8) as incurred by an individual primarily for a personal, family, or household purpose

☐ No. Go to line 16b

■ Yes. Go to line 17.

16b. Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment

☐ No. Go to line 16c

☐ Yes  Go to line 17

16c. State the type of debts you owe that are not consumer debts or business debts

17. **Are you filing under Chapter 7?**

☐ No   I am not filing under Chapter 7  Go to line 18

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes   I am filing under Chapter 7  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

18. **How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

19. **How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7:   Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11 United States Code  I understand the relief available under each chapter, and I choose to proceed under Chapter 7

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519 and 3571

X /s/ Benjamin S Baylen        *Benjamin S Baylen*
Benjamin S Baylen                        Signature of Debtor 2
Signature of Debtor 1

Executed on   April 4, 2016          Executed on
MM / DD / YYYY                          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Benjamin S Baylen | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes  Name of person

Attach Bankruptcy Petition Preparer's Notice Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Benjamin S Baylen
Benjamin S Baylen
Signature of Debtor 1

Signature of Debtor 2

Date   April 4, 2016

Date

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   Benjamin S Baylen                                              Case number (if known)

■ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Benjamin S Baylen      X *Benjamin S. Baylen*
Benjamin S Baylen                                          Signature of Debtor 2
Signature of Debtor 1

Date    April 4, 2016                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)*?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes  Name of Person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*

Debtor 1    Benjamin S Baylen                                    Case number *******

name                                          ☐ Retain the property and redeem it          ☐ Yes
                                              ☐ Retain the property and enter into a
Description of                                  Reaffirmation Agreement
property                                      ☐ Retain the property and [explain]
securing debt

**Part 2:** List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name<br>Description of leased<br>Property | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name<br>Description of leased<br>Property | ☐ No<br>☐ Yes |
| Lessor's name<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name<br>Description of leased<br>Property | ☐ No<br>☐ Yes |
| Lessor's name<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:** Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

/s/ Benjamin S Baylen   *Benjamin S. Baylen*          X
Benjamin S Baylen                                      Signature of Debtor 2
Signature of Debtor 1

Date    April 4, 2016                                  Date

Debtor 1   **Benjamin S Baylen**

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8 | Unemployment compensation | $   0.00 | $ |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| | For you | $   0.00 | |
| | For your spouse | $ | |
| 9 | Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. | $   0.00 | $ |
| 10. | Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| | | $   0.00 | $ |
| | | $   0.00 | $ |
| | Total amounts from separate pages, if any | +  $   0.00 | $ |
| 11 | Calculate your total current monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $   3,654.15 | +  $   =  $   3,654.15 |

Total current monthly income

## Part 2:   Determine Whether the Means Test Applies to You

12   Calculate your current monthly income for the year. Follow these steps.

12a   Copy your total current monthly income from line 11 ... Copy line 11 here=>   $   3,654.15

Multiply by 12 (the number of months in a year)   x 12

12b   The result is your annual income for this part of the form   12b  $   43,849.80

13   Calculate the median family income that applies to you. Follow these steps.

Fill in the state in which you live   IL

Fill in the number of people in your household   2

Fill in the median family income for your state and size of household.   13  $   63,896.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. How do the lines compare?

14a   ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X   /s/ Benjamin S Baylen   *Benjamin S. Baylen*
Benjamin S Baylen
Signature of Debtor 1

Date   April 4, 2016
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2

If you checked line 14b, fill out Form 122A-2 and file it with this form

**United States Bankruptcy Court**
Northern District of Illinois

In re   Benjamin S Baylen

Debtor(s)

Case No

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        *[handwritten]*

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April 4, 2016

/s/ Benjamin S Baylen   *[signature]*
Benjamin S Baylen
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy